UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: ST. JUDE MEDICAL, INC. SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION | MDL No. 01-1396 (JRT) |

| | |
|---|---|
| JOE W. SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>ST. JUDE MEDICAL, INC.,<br><br>Defendant. | MDL Case Specific No. 01-0678 (JRT)<br><br>**ORDER** |

James Capretz, **CAPRETZ & ASSOCIATES**, 500 Birch Street, Suite 2500, West Tower, Newport Beach, CA 92660, for plaintiff.

Bradley Betlach, **NILAN JOHNSON LEWIS PA**, 400 One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402, for defendant.

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice [Docket No. 38], and the Court having been advised in the premises,

**IT IS HEREBY ORDERED** that this matter be **DISMISSED, WITH PREJUDICE**, and pursuant to Fed. R. Civ. P. 41(a)(1), each party is to bear his or its own costs and attorney's fees.

DATED: October 19, 2010　　　　　　　　　　s/ John R. Tunheim
at Minneapolis, Minnesota.　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　United States District Judge